

O-3-92

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Texas State Board of Dental Examiners
311 Norwood Building
Austin, Texas

Gentlemen:                              Attention - Mr. Carl C. Hardin, Jr.

Opinion No. O-5592

Re: Construction of the Acts of
the Legislature, 1943, affecting
the practice of denistry.

        Your letter of August 31, 1943, requesting our
construction of the Acts of the 48th Legislature, relat-
ing to the practice of denistry in Texas, has been given
our careful consideration.

        Without attempting to answer the numerous ques-
tions which you have propounded, we give you our construct-
ion of the Act as passed in 1943, and feel sure you can
then prepare such instructions and regulations concerning
the matters inquired about as needed, without further as-
sistance from us.

        We will not attempt to answer each of your in-
quiries separately, but give you our construction of the
amendment to the Act of the 48th Legislature affecting
the practice of denistry, as contained in Senate Bill 278,
page 576, Acts of the Regular Session of the 48th Legisla-
ture.

        Section 1 of Article 4550a, as amended, provided
that each dentist shall be registered with the State Board
of Dental Examiners on or before March 1st of each calen-
dar year, and pay a registration fee of $5.00. It is our
construction of this portion of the Act that the annual
fee means for the calendar year beginning with March 1st
of each year, and that a $5.00 fee is required of each den-
tist for each year, and same is due to be paid on or before

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Texas State Board of Dental Examiners - page 2

the first day of each successive March. Unless paid by
that time, then before his license is reinstated by the
Dental Board, he is required to pay an additional $5.00,
plus his delinquent annual payment.

If a dentist is now delinquent for his 1943
dues, or was delinquent on May 15th, when the new law
took effect, before he can have his license renewed,
he must pay the annual dues of $5.00, plus the $5.00
penalty, and the new license or registration would ex-
pire on March 1, 1944, at which time another annual
dues will be payable.

If a dentist becomes delinquent because he
did not pay his dues by March 1, 1944, before he can
be reinstated, he must pay his $5.00 dues for 1944,
plus a $5.00 penalty, and the registration certifi-
cate given upon said restoration would expire on March
1, 1945.

With reference to the dentists who are in
the Armed Forces, the last sentence of Section 2, of
Article 4550a reads:

> "Provided, however, that the require-
> ments governing the payment of annual regis-
> tration fees and penalties for late regis-
> tration shall not apply to licensees who
> are on active duty with the Armed Forces
> of the United States of America and are
> not engaged in private or civilian prac-
> tice."

Our interpretation of this exemption is that if
a dentist stands the examination before the Board and ob-
tains his license while he is in the Armed Forces, or hav-
ing previously obtained his license and is in the Armed
Forces, he will not owe any dues before March 1, 1944. If,
on March 1, 1944, he is still in said service, he will not
be required to pay any of the annual dues for the year end-
ing March 1, 1945. If, however, he is not in the Armed
Forces prior to March 1, 1944, he will owe the $5.00 dues
for the year, beginning at that time, and will become de-
linquent on March 1, 1944, although he may enter the ser-
vice on March 3d, or at any time thereafter. If, as a
matter of fact, he is delinquent at the time he goes into
the service, then when he comes out, before he can have his
license reinstated, he will be compelled to pay all of his

dues that were in arrears that became due before he entered the service, together with all the penalties that attached before he entered the service.

There is no specific provision in the statute as to how the Board may know or determine whether a dentist is in the service of the Armed Forces. It would be entirely proper, and we think the best way to ascertain these facts, to have each dentist who goes into the Armed Forces notify the Board of said fact, and send such information relative thereto, as the Board might need in determining the truthfulness of the dentist's representations. If, as a matter of fact, a dentist is in the Armed Forces on or before March 1st of any year, and remains until after March 1st of said year, he cannot be made to pay the $5.00 registration fee for said year, neither can he be made to pay the $5.00 penalty for having failed to register.

We trust that what we have said sufficiently answers your inquiry. If there is any further information desired, let us know.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By *Geo. W. Barcus*

Geo. W. Barcus
Assistant

GWB-MR  APPROVED OCT 14, 1943  *Gerald C. Mann*

APPROVED
OPINION
COMMITTEE
BY *L.P.L.*
CHAIRMAN